# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2112. BETHEA CRABTREE v. CRANFORD HOMES, INC.**

In this civil action, defendant Bethea Crabtree filed this direct appeal from a trial court order granting plaintiff Cranford Homes, Inc.'s motion to confirm an arbitration award. We lack jurisdiction.

"[T]his Court has no jurisdiction to consider an appeal taken from a reviewing court's order confirming an arbitration award; rather, upon entry of the court's order confirming the award, a separate judgment must also be entered by the reviewing court, and this Court has jurisdiction to consider an appeal taken from the judgment. OCGA §§ 5-6-34 (a); 9-9-15; 9-9-16." *Green Tree Servicing, LLC v. Jones*, 333 Ga. App. 184, 184 (1) (775 SE2d 714) (2015); see also *McFarland v. Roberts*, 335 Ga. App. 40, 47 (1), n. 4 (778 SE2d 349) (2015) ("An order simply confirming an arbitration award is not a final, appealable judgment . . . ."). Although the confirmation order and judgment may be entered on the same document, see *Green Tree Servicing, LLC*, 333 Ga. App. at 185 (1), the trial court here did not enter a final judgment in the order confirming the arbitration award, and no final judgment appears in the record.

Where no final judgment has been entered, parties are required to follow the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order confirming the arbitration award. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).

Crabtree's failure to do so here deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   11/03/2020*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*